IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ASHLEY TROWER**                                                    **PLAINTIFF**

**v.**                      **No. 5:11CV00303 KGB**

**TERRY DONALDSON, Individually**
**and in his Official Capacity as an Officer**
**of the McGehee Police Department**                          **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, plaintiff's claims against all defendants are hereby dismissed without prejudice. Each party shall bear its own fees and costs.

SO ORDERED this 28th day of May, 2013.

_____
Kristine G. Baker
United States District Judge